RAY SMITH, JR., et al., Respondents, v JOHN GIROLAMO, Appellant, et al., Defendants.

Submitted April 5, 2004; decided June 24, 2004

Motion to dismiss appeal granted and appeal dismissed, with $400 costs and $100 costs of motion, upon the ground that no substantial constitutional question is directly involved.